Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LALLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TANGE DESIGN, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00420-DOC-ADS<br><br>*Assigned to Hon. David O. Carter*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Gabriel Lalli ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: May 19, 2021                      Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated:  May 19, 2021                    */s/ Thiago M. Coelho*
                                        Thiago M. Coelho